DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SANDRA A. ZIKRY,

Appellant,

v.

EXODUS WOMEN'S CENTER, INC.; TAMPA OBSTETRICS, P.A.; JILL L. HETCHMAN M.D.; GINA WASHINGTON M.D.; and SOBIAH MALLICK M.D.,

Appellees.

No. 2D22-2010
————————————————

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Sandra A. Zikry, pro se.

Jason M. Azzarone and Louis J. La Cava of La Cava Jacobson & Goodis, P.A., Tampa, for Appellees.

PER CURIAM.

    Affirmed.

VILLANTI, LUCAS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.